IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Brian Zajac** | ) | No. 09B 47675 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached


I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report

and Applications for Compensation and Deadline to Object, was sent on June 7, 2016 by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.



BY:/s/ Thomas B. Sullivan
        Ch 7 Bankruptcy Trustee

Service List:


Discover Bank
DFS Services, LLC
P.O. Box 3025
New Albany, OH   43054-3025

Capital One Bank USA NA
By American Infosource LP as Agent
P.O. Box 71083
Charlotte, NC   28272-1083

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE   19850

Infinibank – Principal Bank
Cardmember Services
1620 Dodge St, Stop Code 3105
Omaha, NE   68197

US Bank NA
P.O. Box 5229
Cincinnati, OH   45201

Brian Zajac
1817 Cora Street
Crest Hills, IL   60403

Zlatina Meier, Cutler & Assoc.
lnameier6@gmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov