**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ZAJAC, BRIAN § Case No. 09-47675-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $114,686.62 *(without deducting any secured claims)* | Assets Exempt: $29,447.00 |
| Total Distribution to Claimants: $4,452.98 | Claims Discharged Without Payment: $30,159.93 |
| Total Expenses of Administration: $8,207.10 | |

    3) Total gross receipts of $ 12,660.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,660.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,207.10 | 8,207.10 | 8,207.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 34,612.91 | 34,612.91 | 4,452.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $42,820.01 | $42,820.01 | $12,660.08 |

4) This case was originally filed under Chapter 7 on December 17, 2009. The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| EMPLOYMENT DISCRIMINATION CLAIM | 1123-000 | 12,660.08 |
| **TOTAL GROSS RECEIPTS** | | **$12,660.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 4.76 | 4.76 | 4.76 |
| Law Offices of William J. Factor | 3210-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,016.01 | 2,016.01 | 2,016.01 |
| Alan D. Lasko | 3410-000 | N/A | 1,225.82 | 1,225.82 | 1,225.82 |
| Alan D. Lasko | 3420-000 | N/A | 39.22 | 39.22 | 39.22 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 11.25 | 11.25 | 11.25 |
| Rabobank, N.A. | 2600-000 | N/A | 18.34 | 18.34 | 18.34 |
| Rabobank, N.A. | 2600-000 | N/A | 17.15 | 17.15 | 17.15 |
| Rabobank, N.A. | 2600-000 | N/A | 15.47 | 15.47 | 15.47 |
| Rabobank, N.A. | 2600-000 | N/A | 11.24 | 11.24 | 11.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.85 | 10.85 | 10.85 |
| Rabobank, N.A. | 2600-000 | N/A | 12.33 | 12.33 | 12.33 |
| Rabobank, N.A. | 2600-000 | N/A | 10.79 | 10.79 | 10.79 |
| Rabobank, N.A. | 2600-000 | N/A | 10.77 | 10.77 | 10.77 |
| Rabobank, N.A. | 2600-000 | N/A | 12.24 | 12.24 | 12.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |
| Raymond James | 3991-320 | N/A | 280.13 | 280.13 | 280.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,207.10 | $8,207.10 | $8,207.10 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 1,657.44 | 1,657.44 | 213.24 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 2,429.69 | 2,429.69 | 312.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 4,469.90 | 4,469.90 | 575.06 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,510.91 | 3,510.91 | 451.68 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,561.07 | 5,561.07 | 715.43 |
| 6 | Infibank - Principal Bank | 7100-000 | N/A | 2,193.89 | 2,193.89 | 282.25 |
| 7 | U.S. Bank N.A. | 7100-000 | N/A | 14,790.01 | 14,790.01 | 1,902.74 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $34,612.91 | $34,612.91 | $4,452.98 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-47675-BWB  
**Case Name:** ZAJAC, BRIAN  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/17/09 (f)  
**§341(a) Meeting Date:** 01/25/20  

**Period Ending:** 10/05/16  
**Claims Bar Date:** 04/29/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 1817 CORA STREET, CREST HILL, IL | 101,289.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT/ HARRIS BANK | 150.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT US BANK | 50.00 | 0.00 | | 0.00 | FA |
| 4 | MISC HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 6 | IRA W. SAFE HARBOUR | 1,233.00 | 0.00 | | 0.00 | FA |
| 7 | 401K WITH JP MORGAN CHASE | 7,109.00 | 0.00 | | 0.00 | FA |
| 8 | EXXON MOBILE SHARES | 980.62 | 0.00 | | 0.00 | FA |
| 9 | EMPLOYMENT DISCRIMINATION CLAIM | 0.00 | 10,000.00 | | 12,660.08 | FA |
| 10 | 2002 DODGE | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 1993 TOYOTA PASEO | 475.00 | 0.00 | | 0.00 | FA |
| 12 | 1992 TOYOTA PASEO | 800.00 | 0.00 | | 0.00 | FA |
| 13 | 1980 PONTIAC TRANS AM | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 1990 TOYOTA CELICA | 300.00 | 0.00 | | 0.00 | FA |
| 15 | 1983 CHEVROLET CAPRICE | 300.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets**   **Totals** (Excluding unknown values) | **$114,686.62** | **$10,000.00** | | **$12,660.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

    AWAITING FINAL TAX RETURNS; TFR TO FOLLOW  
    SETTLEMENT ON CLAIM HAS BEEN REACHED; AWAITING PAYMENT; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014    **Current Projected Date Of Final Report (TFR):**   June 6, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-47675-BWB  
**Case Name:** ZAJAC, BRIAN  
**Taxpayer ID #:** **-***2929  
**Period Ending:** 10/05/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/15 | | RAYMOND JAMES | LIQUIDATION OF SHARES IN AMERICAN AIRLINES | | 12,354.25 | | 12,354.25 |
| | | Raymond James | fees  -280.13 | 3991-320 | | | 12,354.25 |
| | {9} | Raymond James | Sale of Stock  12,634.38 | 1123-000 | | | 12,354.25 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.25 | 12,343.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.34 | 12,324.66 |
| 08/11/15 | {9} | AMERICAN AIRLINES GROUP INC | LIQUIDATION OF STOCK | 1123-000 | 25.70 | | 12,350.36 |
| 08/21/15 | 101 | Law Offices of William J. Factor | FEES TO TRUSTEE'S COUNSEL PER ORDER OF 8/14/15 DOC 33 | 3210-000 | | 4,500.00 | 7,850.36 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.15 | 7,833.21 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.47 | 7,817.74 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 7,806.50 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 7,795.65 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.33 | 7,783.32 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.79 | 7,772.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,761.76 |
| 03/07/16 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #09-47675, Bond No. 10BSBGR6291 | 2300-000 | | 4.76 | 7,757.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.24 | 7,744.76 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,734.03 |
| 07/17/16 | 103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,016.01, Trustee Compensation; Reference: | 2100-000 | | 2,016.01 | 5,718.02 |
| 07/17/16 | 104 | Alan D. Lasko | Dividend paid 100.00% on $1,225.82, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,225.82 | 4,492.20 |
| 07/17/16 | 105 | Alan D. Lasko | Dividend paid 100.00% on $39.22, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 39.22 | 4,452.98 |
| 07/17/16 | 106 | DISCOVER BANK | Dividend paid 12.86% on $1,657.44; Claim# 1; Filed: $1,657.44; Reference: | 7100-000 | | 213.24 | 4,239.74 |
| 07/17/16 | 107 | DISCOVER BANK | Dividend paid 12.86% on $2,429.69; Claim# 2; Filed: $2,429.69; Reference: | 7100-000 | | 312.58 | 3,927.16 |
| 07/17/16 | 108 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 12.86% on $4,469.90; Claim# 3; Filed: $4,469.90; Reference: | 7100-000 | | 575.06 | 3,352.10 |
| 07/17/16 | 109 | Chase Bank USA, N.A. | Dividend paid 12.86% on $3,510.91; Claim# 4; Filed: $3,510.91; Reference: | 7100-000 | | 451.68 | 2,900.42 |
| 07/17/16 | 110 | Chase Bank USA, N.A. | Dividend paid 12.86% on $5,561.07; Claim# 5; Filed: $5,561.07; Reference: | 7100-000 | | 715.43 | 2,184.99 |

Subtotals: $12,379.95  $10,194.96

{} Asset reference(s)

Printed: 10/05/2016 06:06 PM  V.13.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-47675-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | ZAJAC, BRIAN | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3766 - Checking Account |
| **Taxpayer ID #:** | **-***2929 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/05/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/17/16 | 111 | Infibank - Principal Bank | Dividend paid 12.86% on $2,193.89; Claim# 6; Filed: $2,193.89; Reference: | 7100-000 | | 282.25 | 1,902.74 |
| 07/17/16 | 112 | U.S. Bank N.A. | Dividend paid 12.86% on $14,790.01; Claim# 7; Filed: $14,790.01; Reference: | 7100-000 | | 1,902.74 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 12,379.95 | 12,379.95 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 12,379.95 | 12,379.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12,379.95** | **$12,379.95** | |

| | |
|---|---|
| Net Receipts : | 12,379.95 |
| Plus Gross Adjustments : | 280.13 |
| Net Estate : | $12,660.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3766 | 12,379.95 | 12,379.95 | 0.00 |
| | $12,379.95 | $12,379.95 | $0.00 |